

CITY OF PHILADELPHIA

LAW DEPARTMENT
One Parkway
1515 Arch Street
Philadelphia, PA 19102-1595

**DIANA P. CORTES**
Acting City Solicitor
diana.cortes@phila.gov

**Benjamin Field**
Divisional Deputy City Solicitor
Affirmative & Special Litigation
benjamin.field@phila.gov

February 1, 2021

**Via ECF Filing**
Chambers of the Hon. C. Darnell Jones II
15613 U.S. Courthouse
601 Market St.
Philadelphia, PA  19106
Chambers_of_Judge_C_Darnell_Jones@paed.uscourts.gov

      Re:    *Frank Rizzo Monument Committee v. City of Philadelphia, et al.*
             *Civ. No. 20-3245*

Dear Judge Jones:

      We write on behalf of Defendant the City of Philadelphia to follow-up regarding matters discussed during the January 14, 2021 status conference in this case and provide this letter with agreement of Plaintiff's counsel.  The parties have conferred and agree to move forward with non-binding mediation before Your Honor in an effort to resolve this matter amicably.  The City requests that each party have the opportunity to briefly meet with Your Honor on an *ex parte* basis prior to the mediation.  Plaintiff does not consent to that request.

                          Respectfully,

                          /s/ Benjamin H. Field_____
                          Benjamin H. Field
                          Divisional Deputy City Solicitor

cc:    George Bochetto, Esq.

## CERTIFICATE OF SERVICE

I, Lydia Furst, hereby certify that I caused to be served today one copy of the foregoing upon the persons and in the manner indicated below:

<u>Via CM/ECF</u>

George Bochetto, Esq.
David P. Heim, Esq.
John A. O'Connell, Esq.
Bochetto & Lentz PC
1524 Locust St
Philadelphia, PA 19102
gbochetto@bochettoandlentz.com
*Attorneys for Plaintiff*

                                          */s/ Lydia Furst*
                                        Lydia Furst, Deputy City Solicitor
                                        City of Philadelphia Law Department

Dated: February 1, 2021